UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN DANIEL, ET AL.

VERSUS

BIOMET ORTHOPEDICS, INC., ET AL.

CIVIL ACTION

24-444-SDD-EWD

### RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Erin Wilder-Doomes dated March 3, 2025, to which no objection was filed.

**ACCORDINGLY,**

**IT IS ORDERED** that the *Motion to Remand*,[3] filed by Plaintiffs John G. Daniel and Lynnita Daniel, is **DENIED.**

**IT IS FURTHER ORDERED** that the nondiverse Defendants Pathology Group of Louisiana and John Doe are DISMISSED WITHOUT PREJUDICE because Plaintiffs' claims against them are covered by the Louisiana Medical Malpractice Act, and Plaintiffs did not complete the medical review process under the LMMA as to PGL and/or Doe before filing suit.

**IT IS FURTHER ORDERED** that Defendant Pathology Group of Louisiana's Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim is **TERMINATED AS MOOT.**

---

[1] Rec. Doc. 20.
[2] Rec. Doc. 25.
[3] Rec. Doc. 20.

**IT IS FURTHER ORDERED** that this matter is referred to the magistrate judge for a scheduling conference.

Signed in Baton Rouge, Louisiana on March 19, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA